# Order

Michigan Supreme Court
Lansing, Michigan

May 10, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

153979(62)

MARLETTE AUTO WASH, LLC,
            Plaintiff/Counterdefendant
            -Appellant,

v

SC: 153979
COA: 326486
Sanilac CC: 14-035490-CH

VAN DYKE SC PROPERTIES, LLC,
            Defendant/Counterplaintiff
            -Appellee.
_____/

On order of the Chief Justice, the motion of plaintiff/counterdefendant-appellant to extend the time for filing its brief is GRANTED. The brief will be accepted as timely filed if submitted on or before June 9, 2017.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 10, 2017



Clerk